LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-01880-BRO (AGRx) | Date | June 15, 2016 |
|---|---|---|---|
| Title | PETER SONG V. NATIONSTAR MORTGAGE LLC, ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE
## RE: FAILURE TO PROSECUTE

     Plaintiff Peter Song ("Plaintiff") initiated this action in the Superior Court of California, County of Los Angeles ("Los Angeles Superior Court") against Nationstar Mortgage, LLC ("Nationstar"), Barrett Daffin Frappier Treder & Weiss, LLP, and N-Cube Investment, LLC (collectively, "Defendants") on January 11, 2016. (Dkt. No. 1-1.) Defendant Nationstar removed the action to this Court on March 18, 2016, invoking the Court's federal question jurisdiction, 28 U.S.C. § 1331. (Dkt. No. 1.) On March 24, 2016, the Court issued an Order setting the Rule 26(f) scheduling conference for June 13, 2016 and requiring the parties to confer on a discovery plan no later than twenty-one days prior to that date. (Dkt. No. 9.) The Court also ordered the parties to file a joint Rule 26(f) Report no later than one week before the Rule 26(f) scheduling conference. (*See id.*) Notwithstanding the Court's orders, Plaintiff failed to respond to Defendant Nationstar's counsel's multiple attempts to contact him to schedule the required discovery conference, (*see* Decl. of Justin D. Balser (Dkt. No. 12-1) ¶¶ 3–5), forcing Defendant Nationstar to file a unilateral Rule 26(f) Report, (*see* Dkt. Nos. 12, 13). Plaintiff also failed to appear at the Rule 26(f) scheduling conference on June 13, 2016.

     Given Plaintiff's failure to participate in this matter, Plaintiff is **ORDERED TO SHOW CAUSE** as to why the Court should not dismiss Plaintiff's case against Defendants for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Plaintiff's response to this Order must be filed **no later than 4:00 p.m. on Monday, June 29, 2016**. If Plaintiff does not respond to this Order, the Court will dismiss the case against Defendants and close the case in its entirety.

     **IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |